Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Jill Garcia
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Eldorado Resorts Corporation*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY ARUM,<br><br>  Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Domestic Limited Liability Company; and DOES I THROUGH X, INCLUSIVE; ROE CORPORATIONS I through X, inclusive,<br><br>  Defendants. | Case No.: 2:13-cv-00578-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST FOR PRETRIAL ORDER)** |

Pursuant to LR 6-1, 6-2, 7-1 and 26-4, Defendant Eldorado Resorts Corporation ("Defendant"), and Plaintiff Beverly Arum ("Plaintiff") (collectively "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for the Parties to submit a Joint Proposed Pretrial Order, which currently is due on March 3, 2016. (Doc. # 65.)  Good cause exists for this extension.  The Parties jointly seek a brief extension of two weeks to allow the Parties the opportunity to engage in bilateral settlement communications, or alternatively, for the

Court to schedule a settlement conference in this matter. Additionally, the Parties anticipate that, during this period, the Court will issue a written order regarding Defendant's Motion for Summary Judgment, which will narrow, or at least more clearly define, the overall scope of the Pretrial Order. Accordingly, the Parties jointly request that the deadline for submitting a Joint Proposed Pretrial Order is **Thursday, March 17, 2016**. This Stipulation is not brought for purposes of delay or any other improper purpose.

  IT IS SO STIPULATED.

  DATED this 23rd day of February, 2016.

| LAW OFFICES OF STEVEN J. PARSONS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Andrew Rempfer | /s/ Anthony L. Martin |
| Andrew Rempfer | Anthony L. Martin |
| Nevada Bar No. 8628 | Nevada Bar No. 8177 |
| 7201 West Lake Mead Boulevard | Jill Garcia |
| Suite 108 | Nevada Bar No. 7805 |
| Las Vegas, NV 89128 | Brian L. Bradford |
| *Attorney for Plaintiff* | Nevada Bar No. 9518 |
| | 3800 Howard Hughes Parkway, Suite 1500 |
| | Las Vegas, NV  89169 |
| | *Attorneys for Defendant Eldorado Resorts Corporation* |

## ORDER

IT IS SO ORDERED.



RICHARD F. BOULWARE, II
United States District Judge

DATED: 3/10/2016.