Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Jill Garcia
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Eldorado Resorts Corporation*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY ARUM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Domestic Limited Liability Company; and DOES I THROUGH X, INCLUSIVE; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-00578-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE JOINT PRETRIAL ORDER AND JOINT REQUEST FOR SETTLEMENT CONFERENCE**<br><br>**(THIRD REQUEST FOR PRETRIAL ORDER)** |

Pursuant to LR 6-1, 6-2, 7-1 and 26-4, Defendant Eldorado Resorts Corporation ("Defendant"), and Plaintiff Beverly Arum ("Plaintiff") (collectively "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for the Parties to submit a Joint Proposed Pretrial Order, which currently is due on April 15, 2016. (Doc. # 72.) Good cause exists for this extension. The Parties jointly seek an extension of time to allow the Parties to understand the scope of any legal issues that may ultimately remain for trial, but have not yet been

formally articulated by the Court, particularly in light of the Court's recent minute Order granting Defendants' Motion for Summary Judgment, in part. (Doc. # 70). Therein, the Court stated that it would issue a written Order, and the Parties anticipate receiving the written Order in due course. Additionally, pending before the Court is Defendant's Motion for Reconsideration, which may further narrow the scope of issues for trial. (Doc. # 67.) Accordingly, the Parties jointly request that the Court grant an extension to its deadline for submitting a Joint Proposed Pretrial Order until thirty (30) days after the Court issues the written Order in accordance with its March 31, 2016 Minute Order, and issues its ruling on the pending Motion for Reconsideration. Meanwhile, the Parties jointly request the Court refer this action for a Settlement Conference. The Parties have not previously had the opportunity to participate in an Early Neutral Evaluation, as the U.S. Equal Employment Opportunity retained jurisdiction over Plaintiff's Charge of Discrimination until April 6, 2016. (Doc. # 26.) This Stipulation is not brought for purposes of delay or any other improper purpose.

IT IS SO STIPULATED.

DATED this 14th day of April, 2016.

| LAW OFFICES OF STEVEN J. PARSONS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Andrew Rempfer<br>Andrew Rempfer, Nevada Bar No. 8628<br>7201 West Lake Mead Boulevard<br>Suite 108<br>Las Vegas, NV 89128<br>*Attorney for Plaintiff* | /s/ Anthony L. Martin<br>Anthony L. Martin, Nevada Bar No. 8177<br>Jill Garcia, Nevada Bar No. 7805<br>Brian L. Bradford, Nevada Bar No. 9518<br>3800 Howard Hughes Parkway, Suite 1500<br>Las Vegas, NV  89169<br>*Attorneys for Defendant Eldorado Resorts Corporation* |

**ORDER**

IT IS SO ORDERED.



_____
RICHARD F. BOULWARE, II
United States District Judge
**June 15, 2016**
DATED