Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Jill Garcia
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Eldorado Resorts Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY ARUM,<br><br>                Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Domestic Limited Liability Company; and DOES I THROUGH X, INCLUSIVE; ROE CORPORATIONS I through X, inclusive,<br><br>                Defendants. | Case No.: 2:13-cv-00578-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant Eldorado Resorts Corporation ("Defendant"), and Plaintiff Beverly Arum ("Plaintiff"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this 4th day of October, 2016. | DATED this 4th day of October, 2016. |
| LAW OFFICES OF STEVEN J. PARSONS | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ Andrew L. Rempfer | /s/ Brian L. Bradford |
| Andrew L. Rempfer<br>Nevada Bar No. 8628<br>10091 Park Run Drive, Suite 200<br>Las Vegas, Nevada 89145<br>*Attorneys for Plaintiff* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Jill Garcia<br>Nevada Bar No. 7805<br>Brian L. Bradford<br>Nevada Bar No. 9518<br>Wells Fargo Tower, Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
10/10/16
DATED

2

26391088.1